

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F.#2009R00195

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 17, 2010

**Via ECF and By Hand**

The Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Edward Garofalo, Jr.
           Criminal Docket No. 10-0147 (SLT)

Dear Judge Townes:

      The government encloses with this letter one compact disc, which contains a copy of the May 25, 2004 consensual recording that both the government and defense counsel referred to at today's hearing on the government's appeal of Chief Magistrate Judge Gold's denial of the government's motion for a permanent order of detention with respect to the defendant Edward Garofalo, Jr.  The compact disc also contains software that permits the relevant consensual recording to be played on a personal computer.  The software displays a running time stamp as the consensual recording is being played.  The government notes that the time stamp 19:08:00 marks the approximate beginning of the passage of the May 25, 2004 consensual recording that is

excerpted at pages 21 and 22 of the March 9, 2010 Memorandum of Law in Support of the Government's Motion for Permanent Orders of Detention.

                              Respectfully submitted,

                              BENTON J. CAMPBELL
                              United States Attorney

By:    _____/s/_____
     Michael Tremonte
     Assistant U.S. Attorney
     (718) 254-6389

cc:  Jean Marie Graziano, Esq. (via ECF)