MEMORANDUM TO
THE HONORABLE SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE

RE: U.S. vs. Edward Garofalo, Jr.
DOCKET #: 10-CR-147-03
FOR SENTENCE: July 27, 2012

## REQUEST FOR ADJOURNMENT OF SENTENCE DATE

The above-noted defendant is presently pending sentence before Your Honor after having pleaded guilty on May 18, 2012, to a Racketeering charge. Since pleading guilty, the Probation Department has conducted the presentence interview and compiled records of his criminal history.

To date, no case information has yet been received from the Government regarding the charge to which the defendant pleaded guilty and any relevant criminal conduct. Notably, the Government attorneys have been on trial before Your Honor since shortly after the defendant pleaded guilty. Defense Counsel has acknowledged that the current July sentence date is not feasible, and does not oppose an adjournment. As a result, the Probation Department respectfully requests that the Court adjourn sentence for at least 2 months.

Adjournment Granted: _s/ SLT_____, July 3, 2012
U.S. District Judge

New Sentence Date:_____


Adjournment Denied:_____
U.S. District Judge


RESPECTFULLY SUBMITTED:
EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

Prepared by: _[signature]_
Mary Ann Betts
Senior U.S. Probation Officer
(347) 534-3730
June 26, 2012

cc: AUSAs Nicole M. Argentieri, Rachel J. Nash, Allon Lifshitz
    Steve Zissou, Defense Counsel